UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAZIF OSKAN,<br><br>Petitioner(s),<br>v.<br><br>BRUCE SCOTT, et al.,<br><br>Respondent(s). | CASE NO. C26-3101-KKE<br><br>ORDER APPOINTING COUNSEL |

On August 28, 2026, Petitioner filed a proposed petition for writ of habeas corpus under 28 U.S.C. § 2241 seeking an individualized bond hearing or release. Dkt. No. 1. On August 31, 2026, the Clerk issued a notice of filing deficiency, stating that Petitioner had failed to pay the filing fee associated with her Application for In Forma Pauperis ("IFP"). Dkt. No. 2. The notice stated that Petitioner had until September 30, 2026, to rectify the deficiency. *Id.* Petitioner has not yet paid the filing fee.

Having reviewed the proposed petition for writ of habeas corpus (Dkt. No. 1), the Court finds that the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B); *see, e.g.*, *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (per curiam) ("[T]he district court or magistrate may appoint counsel at any stage of the case if the interests of justice require[.]"); *Garcia Delgadilla v. Knight*, No. 3:26-CV-00260-RFB-CLB, 2026 WL 974398, at *1 (D. Nev. Apr. 10, 2026) (sua sponte appointing counsel in federal habeas case);

*Martinez Reinoza v. Warden, California City Immigr. Processing Ctr.*, No. 1:26-CV-06245 DAD SCR, 2026 WL 2453658, at *1 (E.D. Cal. Aug. 21, 2026) (same).

Accordingly, the Court ORDERS as follows:

(1) This matter is referred to attorney Jennie Pasquarella for review.

(2) The Court requests that Ms. Pasquarella review the proposed petition and advise the Court by email to the courtroom deputy at KKEcrd@wawd.uscourts.gov no later than September 28, 2026, if she will seek appointment in this matter.

(3) If Ms. Pasquarella decides to seek appointment in this matter, Petitioner's deadline to pay the filing fee shall remain September 30, 2026. Ms. Pasquarella may request additional time if circumstances warrant it.

(4) The Clerk is directed to send a copy of this order to Petitioner, and a copy of this order and the case file to Ms. Pasquarella at jpasquarella1@seattleu.edu.

Dated this 21st day of September, 2026.

Kymberly K. Evanson
United States District Judge