UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAZIF OSKAN,<br><br>Petitioner(s),<br>v.<br><br>BRUCE SCOTT, et al.,<br><br>Respondent(s). | CASE NO. C26-3101-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

(1) On September 21, 2026, the Court referred this matter to attorney Jennie Pasquarella for review and requested that "Ms. Pasquarella review the proposed petition and advise the Court by email to the courtroom deputy at KKEcrd@wawd.uscourts.gov no later than September 28, 2026, if she will seek appointment in this matter." Dkt. No. 3 at 2. The Court noted that "Ms. Pasquarella may request additional time if circumstances warrant it." *Id.*

(2) Ms. Pasquarella has requested additional time to decide whether she will seek appointment in this matter. The Court grants the request for an extension of time. Ms.

Pasquarella shall notify the courtroom deputy no later than October 13, 2026, if she will seek appointment in this matter.

Dated this 29th day of September 2026.

Joshua C. Lewis
Clerk

*/s/Alejandro Pasaye Hernandez*
Deputy Clerk