UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAZIF OSKAN,<br><br>Petitioner(s),<br>v.<br><br>BRUCE SCOTT, et al.,<br><br>Respondent(s). | CASE NO. C26-3101-KKE<br><br>ORDER GRANTING JOINT MOTION TO AMEND BRIEFING SCHEDULE |

Upon consideration of the parties' Joint Motion to Amend the Briefing Schedule, it is hereby ORDERED that the motion is GRANTED. (Dkt. No. 10). The deadlines are modified as follows:

October 19, 2026 – Petitioner shall file his Amended Petition.

November 2, 2026 – Federal Respondents shall file their Return.

November 9, 2026 – Petitioner shall file any Traverse.

The deadlines contained in the Court's previous scheduling order (Dkt. No. 5) are VACATED.

Dated this 6th day of October, 2026.

Kymberly K. Evanson
United States District Judge